# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| PAUL BULLARD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHARTER COMMUNICATIONS, LLC,<br>CHARTER COMMUNICATIONS, INC.,<br>and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No.: EDCV 18-00786-CJC(SPx)<br><br>JUDGMENT |

This action came on for hearing before the Court on April 15, 2019, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that Plaintiff take nothing, that the action be dismissed on the merits, and that Defendants recover their costs.

DATED:   April 16, 2019

                                    CORMAC J. CARNEY
                                UNITED STATES DISTRICT JUDGE